**Martha M. MENZEL, et al., Appellants,**

**and**

**Barbara G. Racine, et al., Plaintiffs,**

v.

**COUNTY UTILITIES CORPORATION, Appellee.**

No. 82–1677.

United States Court of Appeals, Fourth Circuit.

Sept. 28, 1983.

Entered at the direction of Circuit Judge PHILLIPS with the concurrence of Circuit Judge HALL and Senior Circuit Judge BUTZNER.